ACCEPTED
01-12-01108-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 2:53:36 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-12-01108-CV

**IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/5/2015 2:53:36 PM
CHRISTOPHER A. PRINE
Clerk

**TELICIA OWENS,**
*Appellant*,

**V.**

**AMY RASMUSSEN, M.D.;** *ET AL.*,
*Appellees*.

**On Appeal from the 152nd Judicial District Court of Harris County, Texas
Trial Court Cause No. 2012-07534**

**KENNETH A. TOTZ, D.O., FACEP'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE A MOTION FOR REHEARING AND/OR
A MOTION FOR EN BANC RECONSIDERATION**

Charles B. Holm
State Bar No. 09900300
Kyle M. Smith
State Bar No. 24054226
Holm Bambace LLP
1010 Lamar Street, Suite 1100
Houston, Texas
(713) 652-9700 – Telephone
(713) 652-9702 – Facsimile

**ATTORNEYS FOR APPELLEE,
KENNETH A. TOTZ, D.O., FACEP**

**KENNETH A. TOTZ, D.O., FACEP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR REHEARING AND/OR A MOTION FOR EN BANC RECONSIDERATION**

Appellee, KENNETH A. TOTZ, D.O., FACEP ("Dr. Totz"), files this Unopposed Motion respectfully requesting an extension of forty-five (45) days to file a Motion for Rehearing and/or a Motion for En Banc Reconsideration in this matter. In support of the same, Dr. Totz shows the Court the following:

1.     Appellees are Dr. Totz, Memorial Hermann Hospital System d/b/a Memorial Hermann – Texas Medical Center, Krista G. Handyside, M.D., and Samuel J. Prater, M.D.; Appellant is Telicia Owens.

2.     This Unopposed Motion is filed within any deadlines contemplated under Texas Rules of Appellate Procedure 10.1, 10.5, and 49.

3.     This Motion for Extension is unopposed.

4.     The Court may grant an extension of time under the authority of Texas Rule of Appellate Procedure 10.5(b).

5.     This is an unopposed motion requesting an extension of time to file a Motion for Rehearing and/or a Motion for En Banc Reconsideration of the Judgment and Opinion entered by this Court on April 23, 2015. The current deadline to file Dr. Totz's Motion for Rehearing and/or Motion for En Banc Reconsideration is May 8, 2015.

6.      Dr. Totz requests an additional forty-five (45) days to file his Motion for Rehearing and/or Motion for En Banc Reconsideration, extending the time that the motions are due until June 22, 2015.

7.      Dr. Totz does not seek this extension for reasons of delay; rather, counsel for Dr. Totz has been exceptionally busy with other matters, which occupy the time that counsel would ordinarily use to prepare Dr. Totz's motions, including, but not limited to:

- Responding to a time sensitive Texas Medical Board complaint, which is due on May 5, 2015;

- Extensive document production (over 190,000 documents) in a complex medical product defect lawsuit, styled Case No. 4:14-CV-02989, *Mary Jane Martine vs. ConforMIS, Inc.*, in the U.S. District Court for the Southern District of Texas (Houston Division); and

- Trial preparation for a personal-injury lawsuit, which is set for trial on May 11, 2015, styled Cause No. 2014-47431, *Saldana vs. Lagrone*, in the 80th Judicial District Court of Harris County, Texas.

8.      Dr. Totz has sought no prior extensions to file these motions.

9.      For the above reasons, Dr. Totz respectfully requests that the Court grant an extension of time to file his Motion for Rehearing and/or Motion for En Banc Reconsideration until June 22, 2015.

10.    Dr. Totz respectfully requests all other appropriate relief.

Respectfully submitted,

**HOLM BAMBACE LLP**

By:  /s/ Charles B. Holm
     Charles B. Holm
     State Bar No. 09900300
     Kyle M. Smith
     State Bar No. 24054226
     1010 Lamar, Suite 1100
     Houston, Texas 77002
     (713) 652-9700 – Telephone
     (713) 652-9702 – Facsimile
     cholm@holmbambace.com
     ksmith@holmbambace.com

**ATTORNEYS FOR APPELLEE,
KENNETH A. TOTZ, D.O., FACEP**

## CERTIFICATE OF CONFERENCE

Counsel for Dr. Totz has conferred with Appellant's counsel regarding this Motion for Extension of Time to File a Motion for Rehearing and/or a Motion for En Banc Reconsideration. Appellant's counsel is unopposed.

/s/ Charles B. Holm
Charles B. Holm

## CERTIFICATE OF SERVICE

I, Charles B. Holm, hereby certify that a true and correct copy of the foregoing instrument was provided to all counsel of record in accordance with the applicable Texas Rules of Appellate Procedure on this the 5th day of May, 2015.

Reginald E. McKamie, Sr.
Law Offices of Reginald E. McKamie, Sr.
1210 Antoine Drive, Suite 100
Houston, Texas 77055
*Via Facsimile: (713) 465-2894*

Richard M. Law
Angela M. Nolan
Stephanie A. Sanders
Smith Adams Law Feehan LLP
1415 Louisiana Street, Suite 3800
Houston, Texas 77002
*Via Facsimile: (713) 652-6000*

Frank A. Doyle
Gabe A. Sassin
Myers Doyle
7676 Woodway, Suite 350
Houston, Texas 77063
*Via Facsimile: (713) 278-9163*

*/s/ Charles B. Holm*
Charles B. Holm